UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GABRIEL L. HULL, on behalf of himself and all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:16-cv-232-HSM-CCS |
| DELOY MILLER, et al., | ) | |
| Defendants. | ) | |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Thomas A. Varlan, Chief United States District Judge, for all further proceedings.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE