UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GABRIEL R. HULL, on behalf of himself and all others similarly situated,<br><br>Plaintiff, | ) | |
| v. | ) | No.: 3:16-CV-232-HSM-CCS |
| DELOY MILLER, et al.,<br><br>Defendants. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that plaintiff's Motion to Extend Time for Service of Complaint [Doc. 76] is hereby **REFERRED** to Magistrate Judge C. Clifford Shirley, Jr. for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE