UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GABRIEL R. HULL, on behalf of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cv-232-TAV-CCS |
| DELOY MILLER, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, Standing Order 13-02, and the referral order [Doc. 78] of the Chief District Judge.

Now before the Court is the Motion to Extend Time For Service of Complaint [Doc. 76]. In his Motion, the Plaintiff requests that the Court extend the time to serve the Complaint upon Defendants Deloy Miller and Marceau N. Schlumberger for a period of sixty days. For grounds, the Plaintiff states that the Complaint was filed on May 12, 2016, and that pursuant to Federal Rule of Civil Procedure 4(m), the deadline for service is August 10, 2016. The Plaintiffs state that all Defendants have been served with the summons and Complaint, except Defendants Deloy Miller and Marceau Schlumberger. The Plaintiff asserts that he has attempted service via certified mail but was without success. The Plaintiff has obtained an alternative address for Deloy Miller. In addition, the Plaintiff states that he has contacted Robert Weber, counsel for the Defendants in other related cases, but Mr. Weber stated that he was not authorized to accept service. The Plaintiff states that he has made diligent and reasonable efforts to perfect service and that if he is not allowed a time extension, the claims could be time-barred. Finally, the

Plaintiff asserts that the relief requested would not impose undue harm or prejudice upon these Defendants.

The Court notes that on September 15, 2016, the Plaintiff filed an executed summons [Doc. 79] stating that Defendant Deloy Miller was served with a Summons and Complaint on September 12, 2016. The Court finds the request for an extension to serve Deloy Miller is now rendered moot. Further, with respect to Defendant Schlumberger, the Court finds the Plaintiff's request well-taken, and it is **GRANTED**. The Plaintiff shall have an additional 90 days from August 9, 2016, to effect service on Defendant Schlumberger. See Fed. R. Civ. P. 4(m) (providing 90 days to serve defendants). Accordingly, the Motion to Extend Time for Service of Complaint [**Doc. 76**] is **GRANTED IN PART AND DENIED IN PART.**

**IT IS SO ORDERED NUNC PRO TUNC August 9, 2016.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge