UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GABRIEL R. HULL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | No.: 3:16-CV-232-TAV-CCS |
| DELOY MILLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

The Court has before it plaintiffs' motion to stay the action pending adjudication of lead plaintiffs' renewed motion to remand [Doc. 154] and the magistrate judge's Report and Recommendation ("R&R"), entered on August 6, 2018 [Doc. 165]. The Court notes that a stay was entered [Doc. 168] three (3) days after the R&R was filed—before the Court ruled on the motion to stay and before the parties filed objections to the R&R. The Court lifted the stay in this case on December 5, 2019 [Doc. 182], immediately before ruling on the renewed motion to remand [Doc. 183].

Accordingly, the motion to stay [Doc. 154] is **DENIED as moot**, and the parties are **ORDERED** to file objections to the R&R [Doc. 165]. The usual period for filing objections to an R&R is fourteen (14) days. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). However, in light of the Court's recent remand order and the approaching holidays, the parties will have up to and including **<u>Thursday, January 2, 2020</u>**, to file objections to the R&R.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE