UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTOPHER VORRATH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:16-cv-232-TAV-DCP |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, Standing Order 13-02.

Now before the Court is a Motion to Compel Third-Party KPMG, LLP to Produce Documents [Doc. 155], which was filed on June 11, 2018. Prior to the Court ruling on the above Motion, the case was stayed [Doc. 168], so that the parties could pursue settlement negotiations. On December 5, 2019, the stay was lifted [Doc. 182]. Thus, the Motion to Compel remains pending.

The Court **ORDERS** Plaintiffs and KPMG, LLP to meet and confer in good faith to resolve the issue without Court intervention. The Court further **ORDERS** Plaintiffs and KPMG, LLP to file a joint status report on or before **January 10, 2020,** explaining whether the Motion to Compel has been resolved or whether a ruling is still necessary. If the parties believe a ruling is still necessary, the parties **SHALL** include in the joint status report whether additional briefing on the Motion to Compel is warranted.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
Debra C. Poplin
United States Magistrate Judge