UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTOPHER VORRATH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:16-CV-232-TAV-DCP |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, Standing Order 13-02.

Now before the Court is a Motion to Compel Third-Party KPMG, LLP to Produce Documents [Doc. 155], which was filed on June 11, 2018. Prior to the Court ruling on the above Motion, the case was stayed [Doc. 168], so that the parties could pursue settlement negotiations. On December 5, 2019, the stay was lifted [Doc. 182]. Thus, the Motion to Compel remains pending.

On December 30, 2019, the Court ordered the parties to meet and confer in good faith to resolve the issue without Court intervention. [Doc. 185]. The Court also ordered the parties to file a joint status report, explaining whether the Motion had been resolved, and if not, whether additional briefing is warranted.

The parties filed their Joint Status Report [Doc. 191], explaining that they have not been able to resolve the issues raised in the Motion. Plaintiffs state that KPMG's newly asserted objections and Lead Plaintiffs' response have not been properly advanced to the Court because the procedural posture of this case has changed since the filing of the Motion. Plaintiffs propose that they file a renewed motion to compel that sets forth the present dispute with KPMG or schedule a conference with the Court to determine the most expeditious way to proceed.

KPMG states that it is premature for the Court to rule on Plaintiffs' existing Motion until the parties' disagreement as to the status of the *Hull* case is resolved. KPMG further states that in any event, additional briefing on these issues is warranted in light of the significantly changed procedural posture since the pending Motion was initial briefed.

The Court agrees with Plaintiffs and KPMG that the status of this case has changed since the filing of the Motion to Compel. The Court finds that further briefing on this issue is warranted. Accordingly, given that the status of the case has changed, the Court **DENIES AS MOOT** the Motion to Compel Third-Party KPMG, LLP to Produce Documents [**Doc. 155**]. The Court, however, **GRANTS** Plaintiffs leave to file another motion to compel.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge