UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GABRIEL R. HULL, on behalf of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:16-CV-232-TAV-DCP |
| DELOY MILLER, *et al.*, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Permission to Withdraw as Counsel of Record for Defendant Charles M. Stivers ("Motion to Withdraw") [Doc. 223], filed by Attorneys Perrie M. Weiner, Edward Totino, Kirby Hsu, Stephen Marcum, Amanda Fitzsimmons, and Michael Piazza ("Movants"), who all represent Defendant Charles Stivers. Movants state that despite reasonable and diligent efforts, they have been unable to communicate with Defendant Stivers for several months, including about their intention to withdraw as counsel of record. Movants state that they have provided Defendant Stivers a copy of the Motion at his last-known mailing and email addresses at least fourteen (14) days prior to its filing. The Motion includes Defendant Stivers's mailing address and telephone number.

Pursuant to Local Rule 83.4, in order to withdraw from a case, an attorney must do the following:

> (1) File a motion with the Court requesting permission to withdraw as counsel of record;

> (2) Include in the motion the current mailing address and telephone number of the client;
>
> (3) Unless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is attached to the motion, provide a copy of the motion to the client at least 14 days prior to the date the motion is filed;
>
> (4) If a hearing date on the motion is set, certify in writing to the Court that the client was served at least 7 days before the hearing with notice (i) of the date, time, and place of hearing and (ii) that the client as a right to appear and be heard on the motion; and
>
> (5) Certify to the Court that the above requirements have been met.

The Court finds that the Motion to Withdraw complies with the Local Rules. Accordingly, the Motion to Withdraw [**Doc. 223**] is **GRANTED**. The Court expects Movants to provide copies of any relevant documents to any future counsel for Defendant Stivers or directly to Defendant Stivers upon request. Attorneys Perrie Weiner, Edward Totino, and Kirby Hsu with the law firm of Baker & McKenzie, LLP; Attorney Stephen Marcum with the law firm Marcum & Petroff; Attorney Amanda Fitzsimmons with DLA Piper LLP; and Attorney Piazza with the law firm of McDermott Will & Emery LLP are **RELIEVED** of their duties as counsel for Defendant Stivers.

Defendant Stivers is hereby **ADMONISHED** that he is **DEEMED** to be proceeding pro se. Until he obtains substitute counsel, it is his obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if he elects to proceed in this case without an attorney, he is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties, *see* E.D. Tenn. L.R. 7.1. Defendant Stivers, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. The Clerk of Court is **DIRECTED** to mail a copy of this

Memorandum and Order to Defendant Stivers at the address provided in the Motion to Withdraw [Doc. 223] and to update ECF accordingly.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge